# United States District Court

DISTRICT OF RHODE ISLAND

WAYNE NORDIN and
CAROL NORDIN

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

NRT NEW ENGLAND INCORPORATED, d/b/a
COLDWELL BANKER
RESIDENTIAL BROKERAGE

CA 05 456 S

TO: (Name and address of defendant)

NRT New England Incorporated, d/b/a, Coldwell Banker, Residential Brokerage
Registered Agent: Corporation Service Company
222 Jefferson Boulevard
Suite 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Tarro III
Summit East Suite-330
300 Centerville Road
Warwick, RI 02886

ı answer to the complaint which is herewith served upon you, within twenty (20) days after ɜrvice of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ȝainst you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a ·asonable period of time after service.

.ERK

DATE 11/2/05

Y) DEPUTY CLERK

(Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| vice of the Summons and Complaint was made by me[1] | DATE ~~Oct~~ Nov. 2, 2005 |
| OF SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

eck one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ______

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

Returned unexecuted: ______

Other (specify): Served NRT New England Inc. Thru A.F.S. Corporation Service Co. 222 Jefferson Blvd. Warwick RI.

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/2/05
Date

[signature]
Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 NOV -8 A 10: 18

FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.