MPD:lab 05-231

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WAYNE NORDIN and CAROL NORDIN | : | |
| vs. | : | C.A. No. 05-4565 |
| NRT NEW ENGLAND INCORPORATED d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE | : | |

**DEFENDANT NRT NEW ENGLAND INCORPORATED d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE'S ANSWER TO PLAINTIFFS' COMPLAINT**

First Defense

Upon information and belief, defendant admits the allegations of paragraphs 1, 2, and 4, denies the allegations of 3, 5, 6, 10, 11, and 12 and neither admits nor denies the allegations of 7, 8, and 9 but leave plaintiffs to their proof thereof of plaintiffs' complaint.

Second Defense

The plaintiffs were contributorily negligent in the incident alleged.

Third Defense

The plaintiffs assumed the risk of injury under the circumstances alleged.

WHEREFORE, defendant demands that plaintiffs' action against it be dismissed and that judgment be entered for said defendant.

**Defendant claims a trial by jury.**

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

## CERTIFICATION

Thomas A. Tarro, III, Esq.
Law Firm of Thomas A. Tarro, III
The summit East
300 Centerville Road, Suite 300
Warwick, RI 02886

DATED: November 14, 2005

________________________