MPD:sjq 05-231

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAYNE NORDIN and CAROL NORDIN<br><br>vs.<br><br>NRT NEW ENGLAND INCORPORATED d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE | C.A. No. 05-4565 |

**DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO STRIKE OBJECTIONS AND COMPEL RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

NRT NEW ENGLAND INCORPORATED d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE hereby objects to plaintiffs' motion to strike objections and compel responses to request for production of documents. In support of its objection, the defendant submits the attached memorandum.

Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Defendant*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 facsimile

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document has been sent to counsel of record, as follows, this 23rd day of January, 2006:

Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, RI 02886