UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 23 2006
Property of U.S. District Court
District of Rhode Island

WAYNE NORDIN and
CAROL NORDIN

VS. : C.A. No. 05-4565

NRT NEW ENGLAND INCORPORATED
d/b/a COLDWELL BANKER
RESIDENTIAL BROKERAGE

**CONSENT ORDER**

Now come the parties through their undersigned counsel and agree to the entry of the following Order:

1. The Plaintiffs propounded Interrogatories and Request for Production of Documents on the Defendant on or about December 14, 2005;

2. The time permitted by the Rules of Civil Procedure to respond to the Plaintiffs' Interrogatories and Request for Production of Documents propounded upon the Defendants has elapsed;

3. This Order shall be treated as granting a Motion to Compel Answers to Interrogatories and Response to Request for Production. The Defendant shall provide Answers to Interrogatories and Response to Request for Production to Plaintiffs' counsel on or by Friday, February 24, 2006.

Plaintiff,
By and through their attorney

Thomas A. Tarro, III
LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886

Defendant,
By and through its attorney,

James S. D'Ambra
RICE DOLAN & KERSHAW
170 Westminster St.
Providence, RI 02903

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/1/06

**ENTERED:** **PER ORDER:**

______________________ ______________________

**Dated:**