UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 10 2006
Property of U.S. District Court
District of Rhode Island

WAYNE NORDIN and
CAROL NORDIN :
:
VS. : C.A. No. 05-4565
:
NRT NEW ENGLAND INCORPORATED :
d/b/a COLDWELL BANKER :
RESIDENTIAL BROKERAGE :

**ORDER**

The above-entitled matter came on for hearing at the United States District Court for the District of Rhode Island, Magistrate Judge David L. Martin presiding, on February 28, 2006 on the Defendant's Motion to Compel More Responsive Answers to Interrogatories propounded on the Plaintiff. By agreement of the parties, it is hereby

**ORDERED, ADJUDGED AND DECREED**

1. As to Interrogatory No. 6, the Defendant's Motion to Compel shall pass based on Plaintiff's representations that he has no knowledge as to current addresses of the individuals listed in response to the Interrogatory.

2. As to Interrogatory No. 12, the Plaintiff shall withdraw its objection. Plaintiff will supplement his Answer to the Interrogatory in accordance with the information set forth in Plaintiff's Objection to Motion to Compel More Responsive Answers to Interrogatories previously filed with the Court.

3. As to Interrogatory No. 13, the Plaintiff shall withdraw its objection.

Plaintiff will supplement his answer to the interrogatory in accordance with the information set forth in Plaintiff's Objection to Motion to Compel More Responsive Answers to Interrogatories previously filed with the Court.

4. As to Interrogatories Nos. 23 and 24, the Plaintiff shall withdraw its objection and provide a supplemental answer to the interrogatories.

The Plaintiff shall have 30 days to comply with this Order.

ENTERED: PER ORDER:

David L Martin
USMJ 3-13-06

Submitted by:

Kris M. Marotti
Kris Macaruso Marotti, # 4605
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 – Facsimile

## CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the above Order on the 9th day of March, 2006, to:

Mark Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

Judy Tarro