MPD:taa 05-231

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAYNE NORDIN and CAROL NORDIN<br>vs.<br>NRT NEW ENGLAND INCORPORATED d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE | C.A. No. 05-4565 |

**DISMISSAL STIPULATION**

NOW COME the parties hereto and stipulate that all claims of all parties are hereby dismissed with prejudice, no interest, no costs.

Thomas A. Tarro, III, Esq. (#2046)
Law Firm of Thomas A. Tarro
*Attorneys for Plaintiffs*
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200

Mark P. Dolan, Esq. (#3280)
Rice Dolan & Kershaw
*Attorneys for Defendant*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Dated: April 26, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/28/06